# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BEAU DIAMOND,

    Petitioner,

v.                                                                       CASE NO. 8:13-CV-1235-T-30MAP
                                                                              CRIM. CASE NO. 8:09-CR-586-T-30MAP

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **ORDER**

      This cause is before the Court on the government's Motion for an Order Requiring Former Defense Counsel and Firm to Disclose Substance of Communication and to Provide Affidavit (CV Dkt. 16) in which the government requests a Court order requiring Petitioner's trial counsel, Robert Barnes, to disclose the substance of communications with Petitioner and to provide an affidavit relative to this communication, and the Bernhoft Law Firm (Attorney Barnes' law firm at the time of Petitioner's trial) to provide documents relevant to Petitioner's claims in Ground One, sub-claims 3 and 4 of his § 2255 motion. The government is seeking this order to enable it to adequately respond to Petitioner's 28 U.S.C. § 2255 motion. Upon consideration, the Court finds that, with respect to the pending claims raised by Petitioner in his § 2255 motion, the attorney-client privilege has been waived because of Petitioner's allegations of ineffective assistance.

Accordingly, the Court **ORDERS** that the government's Motion for an Order Requiring Former Defense Counsel and Firm to Disclose Substance of Communication and to Provide Affidavit (CV Dkt. 16) is **GRANTED**. On or before **October 15, 2013**, the Bernhoft Law Firm shall provide to the government any records in its possession from Petitioner's file (including correspondence) that are relevant and necessary to Ground One, sub-claims 3 and 4 of Petitioner's § 2255 motion. On or before **November 1, 2013**, Attorney Robert Barnes shall provide to the government an affidavit that addresses the claims Petitioner raises in Ground One, sub-claims 3 and 4 of his § 2255 motion.

**DONE** and **ORDERED** in Tampa, Florida on September 27, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
<u>Copy furnished to</u>:
*Pro Se* Petitioner
Kelley Clement Howard-Allen, AUSA