## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BEAU DIAMOND,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

CASE NO. 8:13-CV-1235-T-30MAP
CRIM. CASE NO. 8:09-CR-586-T-30MAP

## **ORDER**

Before the Court is Petitioner's "Ancillary Motion to Take Judicial Notice F. R. Evid. 201" (CV Dkt. 27), and memorandum of law in support of the motion (CV Dkt. 28). Petitioner requests "this Court to acknowledge that Petitioner has a right to post (display) [his § 2255 motion, the Government's response thereto, and his reply] on a website in order to warn other, potential criminal defendants of how The Bernhoft Law Firm and Robert E. Barnes 'defend' their clients. . . ." (CV Dkt. 27 at p. 1).[1]

The motion does not concern an issue before this Court. Petitioner, therefore, is essentially requesting the Court offer an advisory opinion concerning what he may post on a website or facebook page. This Court may not render advisory opinions. *See Preiser v. Newkirk*, 422 U.S. 395, 401 (1975) ("[A] federal court has neither the power to render

---

[1] The Bernhoft Law Firm and Robert E. Barnes, Esq., represented Petitioner during the criminal proceedings..

advisory opinions nor to decide questions that cannot affect the rights of litigants in the case before them.") (citation and internal quotation marks omitted).

Accordingly, the Court **ORDERS** that Petitioner's "Ancillary Motion to Take Judicial Notice F. R. Evid. 201" (CV Dkt. 27) is **DENIED**.

DONE and ORDERED in Tampa, Florida on January 9, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
*Pro Se* Petitioner
Counsel of Record